■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALONZO BRYANT, Appellant. — Appeals by defendant from two judgments of the Supreme Court, Kings County (Marano, J.), both rendered December 22, 1980, convicting him of two counts of criminal sale of a controlled substance in the third degree, upon pleas of guilty, and imposing sentences. ¶ Appeals dismissed. ¶ Defendant has been released on parole and deported to Panama. Accordingly, his

appeals should be dismissed (*People v Del Rio,* 13 NY2d 899; *People v Jimenez,* 97 AD2d 799). Bracken, J. P., Weinstein, Brown and Niehoff, JJ., concur.